■ LAUANNA DARLING et al., Respondents, v. VILLAGE OF HERKIMER, Appellant, et al., Defendant.— Judgment and order affirmed, with costs. All concur. (Appeal by defendant village from a judgment of Herkimer Trial Term for plaintiffs in a negligence action. The order denied motions for a nonsuit, directed verdict and for a new trial.) Present — McCurn, P. J., Vaughan, Williams, Bastow and Goldman, JJ. [See *post*, p. 931.]

■ ETTA G. Moss et al., Appellants, v. EDWARD G. WINKLER, Respondent. — Judgment reversed on the law and a new trial granted, with costs to the appellants to abide the event. Memorandum: The court erred in refusing to receive in evidence a portion of the hospital chart covering plaintiff's hospitalization in the Millard Fillmore Hospital, Buffalo, New York, during the period of February 28, 1952 to March 16, 1952, and in refusing to permit plaintiff to qualify Doctor Carl Candiloro of New York City as a medical expert and in refusing to permit the said doctor to answer various hypothetical questions propounded to him. All concur. (Appeal from a judgment of Erie Trial Term dismissing the complaint in a malpractice action, on motion by defendant at the close of plaintiff's case.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ In the Matter of the Application for the Appointment of a Committee of the Person and Property of GEORGE W. EVANS, an Alleged Incompetent Person, Respondent. GEORGE L. EVANS, Appellant.— Order reversed, without costs of this appeal to any party, and matter remitted to the Special Term to proceed in accordance with the memorandum. Memorandum: The petition and supporting papers are sufficient to show prima facie that there should be an inquiry into the competency of the alleged incompetent. It was error to dismiss the petition and the order dismissing the petition should be reversed and the matter remitted to the Special Term to proceed upon the petition in accordance with the statute. All concur. (Appeal from an order of Monroe Special Term dismissing the proceeding.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ EPHRAIM ROBBINS, Appellant, v. RALPH MILLER et al., Respondents. ESTELLE ROBBINS, Appellant, v. RALPH MILLER et al., Respondents.— Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, on the ground that the verdict of the jury in favor of defendants is against the weight of evidence. All concur. (Appeal from a judgment of Monroe Trial Term for defendants for no cause of action in automobile negligence actions consolidated by stipulation. The order denied a motion for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Goldman, JJ.

■ CARMAN LAURENDI et al., Respondents, v. CASCADE DEVELOPMENT COMPANY, INC., Appellant, et al., Defendants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Niagara County Court denying a motion by defendant Cascade Development Company to vacate a default judgment.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.